AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC d/b/a SG Collaborative Solutions, LLC <br><br> *Plaintiff(s)* <br> v. <br> FALCK NORTHERN CALIFORNIA CORP., CARE AMBULANCE SERVICE, INC., and FALCK USA, INC. <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-06104 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FALCK USA, INC.
c/o C T CORPORATION SYSTEM
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hillary A. Brooks (pro hac vice forthcoming)
hillary@brooksquinn.com
BROOKS QUINN, LLC
6513 132nd Ave NE # 378
Kirkland, WA 98033
Telephone: (503) 629-1559

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*