1  Hillary A. Brooks (*pro hac vice* forthcoming)
   hillary@brooksquinn.com
2  Delfina S. Homen (*pro hac vice* forthcoming)
   delfina@brooksquinn.com
3  BROOKS QUINN, LLC
   6513 132nd Ave NE # 378
4  Kirkland, WA 98033
   Telephone: (503) 629-1559
5
   Ryan Tyz (CSB No. 234895)
6  ryan@tyzlaw.com
   Sean K. Apple (CSB No. 305692)
7  sapple@tyzlaw.com
   TYZ LAW GROUP PC
8  4 Embarcadero Center, 14th Floor
   San Francisco, CA 94111
9  Telephone: 415.849.3578

10 Attorneys for SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC d/b/a SG Collaborative Solutions, LLC
11

12                     **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15

16 SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC d/b/a SG Collaborative Solutions, LLC,    Case No: 3:19-cv-06104

17

18         Plaintiff,                          **SG COLLABORATIVE SOLUTIONS'
                                               FRCP 7.1 DISCLOSURE STATEMENT**
19    v.                                       **AND CIVIL L.R. 3-15 CERTIFICATION
                                               OF INTERESTED ENTITIES OR
20 FALCK NORTHERN CALIFORNIA                   PERSONS**
   CORP., CARE AMBULANCE SERVICE,
21 INC., and FALCK USA, INC.,

22         Defendants.

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, Plaintiff SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC d/b/a SG Collaborative Solutions, LLC ("SGCS") certifies that as of this date: other than the named parties, there is no such interest to report; that SGCS has no parent corporation or public subsidiaries; and that no publicly held corporation owns 10% or more of SGCS's stock.

Dated: September 26, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan Tyz*
　　　　　　　　　　　　　　　　　　　　　　　Ryan Tyz

　　　　　　　　　　　　　　　　　　　　　　　Attorney for SCOTT GRIFFITH
　　　　　　　　　　　　　　　　　　　　　　　COLLABORATIVE SOLUTIONS, LLC
　　　　　　　　　　　　　　　　　　　　　　　d/b/a SG Collaborative Solutions, LLC

SGCS' DISCLOSURE STATEMENT　　　　　　- 1 -　　　　　　CASE NO. 3:19-cv-06104
AND CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS