UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>FALCK NORTHERN CALIFORNIA CORP., et al.,<br><br>   Defendants.<br>FALCK USA, INC., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC,<br><br>   Defendant. | Case No.  19-cv-06104-SBA   (JCS)<br>     19-cv-08171-SBA   (JCS)<br><br>**ORDER TO PRODUCE DOCUMENTS** |

All parties have stated that they do not object to the document production contemplated by the October 13, 2021 corrected order to show cause.  Scott Griffith Collaborative Solutions, LLC is therefore ORDERED to produce documents as stated in the corrected order to show cause no later than October 18, 2021.

  **IT IS SO ORDERED.**

Dated: October 14, 2021

                  _____
                  JOSEPH C. SPERO
                  Chief Magistrate Judge