**MILLER NASH LLP**
Delfina S. Homen (Admitted *Pro Hac Vice*)
delfina.homen@millernash.com
US Bancorp Tower
111 SW Fifth Ave, Ste 3400
Portland, OR  97204
Telephone: 503.224.5858
Facsimile:  503.224.0155

Nicole M. McLaughlin, Bar No. 272019
nicole.mclaughlin@millernash.com
Benjamin P. Tarczy, Bar No. 308367
benjamin.tarczy@millernash.com
340 Golden Shore, Suite 450
Long Beach, California  90802
Telephone: 562.435.8002
Facsimile:  562.435.7967

Attorneys for Plaintiff
SCOTT GRIFFITH COLLABORATIVE
SOLUTIONS, LLC d/b/a SG Collaborative
Solutions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GRIFFITH COLLABORATIVE SOLUTIONS, LLC d/b/a SG Collaborative Solutions, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FALCK NORTHERN CALIFORNIA CORP., FALCK MOBILE HEALTH CORP. dba CARE AMBULANCE SERVICE, INC., and FALCK USA, INC.,<br><br>Defendants. | Case No. 4:19-cv-06104-SBA<br>Related Case No. 4:19-cv-08171-SBA<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: September 26, 2019<br>Trial Date: July 25, 2022 |

1    For good cause appearing and upon consideration of the Stipulation for Dismissal signed
2    by counsel,

3    **IT IS HEREBY ORDERED** that the above-captioned action (Case No. 4:19-cv-06104-
4    SBA) is dismissed pursuant to Federal Rule of Civil Procedure 41(a) with prejudice, with each
5    party to bear their own attorney's fees and costs, and that this Court shall retain jurisdiction to
6    enforce the Settlement Agreement.

7    **IT IS SO ORDERED.**

8    DATED: __2/24/2022_____     _Saundra B. Armstrong_ RS
9                                      Richrd Seeborg for Saundra Brown Armstrong